IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Walker, Roderic J

Printed: 11/11/08

Case Number: 08 B 17004
Judge: Hollis, Pamela S
Filed: 7/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Indymac Bank | Secured | 0.00 | 0.00 |
| 2. | Indymac Bank | Secured | 48,000.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 6,700.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 231.58 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 486.75 | 0.00 |
| 6. | Fifth Third Bank | Secured | | No Claim Filed |
| 7. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 8. | Chase | Unsecured | | No Claim Filed |
| 9. | First Premier | Unsecured | | No Claim Filed |
| | | | $ 55,418.33 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

